**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| CINDY MARIBEL VILLANUEVA-DE ARIAS, *Petitioner* | § § § § | |
| v. | § § | Case No.  SA-25-CA-01652-XR |
| KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); MARCOS CHARLES, ACTING EXECUTIVE ASSOCIATE DIRECTOR, ICE AND REMOVAL OPERATIONS; PAMELA BONDI, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND  WARDEN, DILLEY IMMIGRATION PROCESSING CENTER, *Respondents* | § § § § § § § § § § § § § § § § | |

**<u>ORDER FOR SERVICE</u>**

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Cindy Maribel Villanueva-De Arias is a non-citizen currently in detention in the Texas Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents: Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General; Todd M. Lyons, Acting Director of the U.S. Immigration and Customs Enforcement; and Marcos Charles, Acting Executive Associate Director of ICE Enforcement and Removal Operation. *See* FED. R. CIV. P.

1

4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden, Dilley Immigration Processing Center, 300 El Rancho Way Dilley, TX 78017, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process.

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 5th day of December, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2